IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEVRON CORPORATION and ACS HR SOLUTIONS, LLC, as Subrogee of Chevron Corporation and the Chevron Retirement Plan,<br><br>      Plaintiffs/Counterdefendants,<br><br>vs.<br><br>CARL H. JOLIFF,<br><br>      Defendant/Counterplaintiff. | Case No. 3:09-cv-246 |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion (Doc. 22) filed by plaintiffs/counterdefendants Chevron Corporation and ACS HR Solutions, LLC to strike defendant/counterplaintiff Carl H. Joliff's jury demand in his amended counterclaim, which asserts claims for breach of fiduciary duty and estoppel under § 502(a)(3)(B) of the Employee Retirement Income Security Act, 29 U.S.C. § 1132(a)(3)(B). Joliff has not responded to the motion to strike. The Court construes Joliff's failure to respond as an admission of the merits of the motion. *See* Local Rule 7.1(c). Indeed, the motion has merit, for as a general rule there is no right to a jury trial for ERISA claims because the relief requested is equitable in nature. *Matthews v. Sears Pension Plan*, 144 F.3d 461, 468 (7th Cir. 1998). Accordingly, the Court **GRANTS** the motion to strike (Doc. 22) and **STRIKES** the jury demand in Joliff's amended counterclaim (Doc. 19)

**IT IS SO ORDERED.**
**DATED: September 22, 2009**

                                                            s/ J. Phil Gilbert
                                                          **United States District Judge**