IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHEVRON CORPORATION and ACS HR SOLUTIONS, LLC, as Subrogee of Chevron Corporation and the Chevron Retirement Plan, | ) ) ) ) |
| Plaintiffs/Counterdefendants, | ) ) |
| v. | ) NO. 09-246-JPG |
| CARL H. JOLLIFF, | ) ) ) |
| Defendant/Counterplaintiff. | ) |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by counsel for the parties that the above action has been settled;

**IT IS ORDERED AND ADJUDGED** that this case is dismissed with prejudice, without costs.

DATED:  May 10, 2010

                                                                **NANCY J. ROSENSTENGEL, Clerk of Court**

                                                                 By:s/Deborah Agans, Deputy Clerk

APPROVED:   *s/J. Phil Gilbert*
                         J. PHIL GILBERT
                         U. S. DISTRICT JUDGE